UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE TORRES-RAMOS, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. CR-06-656(A) - SVW <br><br> The Hon. Stephen V. Wilson <br><br> **ORDER TO SEVER TRIAL OF CARLOS MONTERROSO AND MARIO SOLANO, VACATE TRIAL DATE, AND SET STATUS CONFERENCE** <br><br> **COURTROOM:** 6 |

## **ORDER**

Good cause being shown and pursuant to the stipulation of the parties, IT IS ORDERED that the trial of Carlos Monterroso and Mario Solano is hereby severed from the trial of the matter entitled *United States v. George Torres-Ramos, et al.*, Case No. 06-656(A) SVW, and the February 24, 2009 trial date is vacated as to Monterroso and Solano.  Mr. Monterroso and Mr. Solano shall appear before this Court for a status conference on September 24, 2009, at 11:00 a.m., or as soon thereafter as is convenient for the Court.  Neither Mr. Monterroso, Mr. Solano, nor

1

their counsel, are required to appear at any further hearings in the matter entitled *United States v. George Torres-Ramos, et al.*, Case No. 06-656(A) SVW, unless otherwise ordered by the Court.

The parties shall file a stipulation and proposed order regarding a waiver of the rights of Mr. Monterroso and Mr. Solano under the Speedy Trial Act within one week of the issuance of this Order.

IT IS SO ORDERED.

Dated: February 5, 2009

_____
Honorable Stephen V. Wilson
United States District Court Judge